# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RON HUGGINS,**
**ADC #143066**                                                                                    **PLAINTIFF**

**V.**                    **CASE NO. 4:20-CV-1076-BSM-BD**

**WEIGHLAND**                                                                                       **DEFENDANT**

## ORDER

On September 9, 2020, Ron Huggins, an Arkansas Division of Correction (ADC) inmate, filed this civil rights lawsuit without the help of a lawyer. (Doc. No. 2) Mr. Huggins claims that Nurse Weighland failed to provide him with adequate medical care when he was incarcerated at the Ouachita River Unit of the ADC.

The Ouachita River Unit lies in the Western District of Arkansas. The interests of justice, therefore, would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). To that end, the Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED, this 10th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE